BARCALO MANUFACTURING COMPANY, Appellant, *v.* MALDO-
NADO AND COMPANY, Respondent.

*Barcalo Manfg. Co.* v. *Maldonado & Co.*, 143 App. Div. ——, affirmed.
(Argued March 13, 1911; decided March 28, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment, entered January 27, 1911, which affirmed an order of
Special Term directing a compulsory reference of the issues
in an action to recover for goods sold and delivered and for
money had and received.

The following questions were certified : " 1. Do the causes of
action set out in plaintiff's amended complaint and the denials
and defenses in the answer and reply entitle plaintiff to a jury
trial ?   2. Did the court have jurisdiction to refer the issues
in the first question to a referee, to hear, try and determine
the same without the consent of plaintiff ? "

*August Becker* for appellant.

*Alfred L. Becker* and *Maurice C. Spratt* for respondent.

Order affirmed, with costs, on the ground that the answer
does not controvert the allegations of the second cause of action

stated in the complaint, but sets up an affirmative defense. First question certified answered in the negative; second in the affirmative. No opinion.

Concur: CULLEN, Ch. J., VANN, HISCOCK and CHASE, JJ. Dissenting: WILLARD BARTLETT, J. Absent: HAIGHT and WERNER, JJ.